# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LUIS JOEL RAMIREZ-RICO,<br><br>　　　　　　　　Defendant. | CASE NO. 12CR5022 H<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　　an indictment has been filed in caseÁFǴ´ã€GGHËÒ against the defendant á^äÁ\he Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　　the Court has dismissed the case for unnecessary delay; or

___　　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　　a jury has been waived, and the Court has found the defendant not guilty; or

___　　the jury has returned its verdict, finding the defendant not guilty;

**X**　　of the offense(s) as charged in the Indictment/Information:

　　　　8:1326(a) and (b) - Attempted Reetnry of Removed Alien

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/23/2013

　　　　　　　　　　　　　　　　*Barbara F. Major*
　　　　　　　　　　　　　　　　Barbara L. Major
　　　　　　　　　　　　　　　　U.S. Magistrate Judge